

Wayne N. Outten
Anne Golden
Adam T. Klein
Laurence S. Moy
Kathleen Peratis
Justin M. Swartz
Jack A. Raisner
Wendi S. Lazar
Carmelyn P. Malalis
Tammy Marzigliano
René S. Roupinian

OUTTEN & GOLDEN

*Advocates for Workplace Fairness*

**MEMO ENDORSED**

**RECEIVED NOV 28 2012 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE**

November 19, 2012

**By Hand**
The Honorable Kevin N. Fox
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Benavidez v. Pirimides Mayas*, 09 Civ. 5076 (KNF);
<u>*Paez v. Pirimides Mayas*, 09 Civ. 9574 (KNF)</u>

Dear Judge Fox:

We represent the Plaintiffs in the above-referenced related actions. We write to respectfully request a further extension of the deadline for Plaintiffs' post-hearing submission in connection with Plaintiffs' Motion for An Award of Damages and Attorneys' Fees from November 21, 2012 to November 30, 2012. Plaintiffs have made one previous request for an extension following the disruption to the offices of Plaintiffs' counsel caused by Hurricane Sandy. Plaintiffs respectfully request an additional extension to enable them to complete the detailed calculations of damages for each of the 76 Plaintiffs for whom damages are sought.

We thank the Court for its consideration of our request.

11/20/12
Application granted,
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, USMJ

Respectfully submitted,

Juno Turner

cc: Rachel Bien, Esq.
Brian Schaffer, Esq.

3 Park Avenue, 29th Floor, New York, NY 10016 Tel 212-245-1000
6 Landmark Square, Suite 400, Stamford, CT 06901 Tel
203 North LaSalle Street, Suite 2100, Chicago, IL 60601 Tel 312-924-4888
og@outtengolden.com www.outtengolden.com